**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**DONALD PARKER,**

> Plaintiff,

v.                                                          Civil Action No. **3:24CV677**

**UNKNOWN,**

> Defendant.

### MEMORANDUM OPINION

By Memorandum Order entered on October 18, 2024, the Court conditionally docketed Plaintiff's civil action. At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

| | |
|---|---|
| (A) | Identifies the nature of the action; |
| (B) | States his belief that he is entitled to relief; |
| (C) | Avers that he is unable to prepay fees or give security therefor; and, |
| (D) | Includes a statement of the assets he possesses. |

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Because it was unclear whether Plaintiff had received the October 18, 2024 Memorandum Order and related documents, by Memorandum Order entered on December 6, 2024 the Court directed the Clerk to remail the October 18, 2024 Memorandum Order and related documents to Plaintiff. The Court direct Plaintiff to comply with the terms of the October 18, 2024

Memorandum Order within thirty (30) days of the date of entry thereof.  Plaintiff has not complied with the orders of this Court.  Plaintiff failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form.  As a result, he does not qualify for *in forma pauperis* status.  Furthermore, he has not paid the statutory filing fee for the instant action.  *See* 28 U.S.C. § 1914(a).  Such conduct demonstrates a willful failure to prosecute.  *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date:  1/14/25
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge

2